*Rec'd*
*8/12/13*

CASE NO. C-201328580

| | |
|---|---|
| WALTER URIBE aka WALLY URIBE<br>    Plaintiff,<br><br>    vs.<br><br>CENTRAL INTELLIGENCE AGENCY (CIA)<br>JOINT CHIEFS OF STAFF (JCOS)<br>NATIONAL SECURITY AGENCY (NSA)<br>SCHERFF CORPORATION<br>PSITECH VIEWING CORPORATION<br>    Defendants. | IN THE DISTRICT COURT<br><br><br>11 JUDICIAL DISTRICT<br><br><br><br>OF HARRIS COUNTY, TEXAS |

## PLAINTIFF WALTER URIBE MOTION TO REQUEST COURT HEARING

I, Walter Uribe, respectfully requests Harris County Civil Court Judge Joseph J Halbach Jr for a court hearing because of obstruction of justice in pursuit of Case No. C-201328580 as a result of ongoing non-stop 'slow-kill no-touch' torture by satellite, rogue non-consentual testing to extract encryption schemes via satellite, and targeted assassination against myself and my mother, Nelly Uribe/aka Nelly Rodriguez de Uribe, (who has had pending court cases in your courtroom) by satellite-powered directed energy to my corporal form specifically to my brain, heart, gall bladder, stomach, and genitalia forcing renal inflow to coverup the usurpation of a 1988 top secret program at Rockwell International that marked my family bloodline as yielding the unbreakable encryption scheme which is the all-time penultimate weapon system component affecting the entire nuclear arsenal by rogue HUMINT operatives positioned in satellite-powered control rooms with centerpoints clamped onto my brain magnetite and deploying the latest rogue unauthorized control room, nuclear-related, and 'tradecraft' technology (as listed below) while ongoing discovery and internal criminal investigations are still being conducted to facilitate me to military oversight by:

   1) Criminal Intelligence Division of the Houston Police Department at downtown Headquarters.

1

2) Freedom Of Information Act (FOIA) Case No. P-2012-01261 filed to Michelle Meeks, Information and Privacy Coordinator, at CIA in Arlington Virginia covering investigations of the 9/11 Terrorist Attacks on New York City and the Pentagon by CIA's Special Activities Division, CIA's National Clandestine Service HUMINT Division, at Central Intelligence Agency (CIA) located at 6500 N. Arlington Road, Arlington, VA 22365 that manages Project Artichoke and Monarch/New Phoenix program control rooms.

3) NSA's Russian Viral Room, National Clandestine Service DOMINT Division, Fort Detrick Annex Building, Fort George R. Meade, Maryland.

The grounds in support of this motion are set forth as follows:

A) Special Intelligence Report (SIR), Case Incident No. 010203812-A, filed with Criminal Intelligence Division, Houston Police Department at downtown Headquarters, (713) 308-8700, attn: Police Chief Charles MacClelland.

B) Freedom Of Information Act (FOIA) appeal, Case No. P-2012-01261, filed with Michelle Meeks, FOIA Information and Privacy Coordinator, at CIA in Arlington VA.

C) NSA Room Supervisor/Agent Fredericka Whittingham, Russian Viral Room, Fort Detrick Annex Building, M/S 109, Fort George R. Meade, Maryland 70719.

D) Department of Defense (DOD), Freedom Of Information Act (FOIA) APPEAL CASE #12-0198 filed to James Hogan, in care of Secretary of Defense Chuck Hagel, Office of the Secretary of Defense, dated 12 March 2012.

The top secret oath given to me by top secret liaisons, CIA Secret Agent Harold Puthoff and CIA Secret Agent Russell Targ is indicated below and is always shown on the upper left on any documentation:

UNITED STATES OF AMERICA ALWAYS FIRST

Since 1997 and before the 9/11 Terrorist Attacks, 'the fine line' of our military oversight, the Joint Chiefs of Staff, has yet to force rogue private military contractors to cease and desist deployment of the latest rogue unauthorized control room, nuclear-related, and tradecraft technology without CONSENT NOR DEFINITIVE EVER OF AN AMERICAN FLAG, FACE-TO-FACE TRUST, AND ON PAPER used to rig INTEL GATHERING SYSTEMS and puts at risk all United States Armed Forces rank and file along

with military intelligence agencies to first responders including law enforcement, oath-driven, to defend a democracy.

Here is a recently uncovered list of the latest rogue unauthorized 'tradecraft' technology deployed without CONSENT NOR DEFINITIVE EVER OF AN AMERICAN FLAG, FACE-TO-FACE TRUST, ON PAPER that represent country-first issues to military oversight based on background and signed agreements to obtain the highest level of security clearances including Top Secret, Secret, and Classified:

Initiated By Remote Neural Monitor (RNM) Viewer and NANO-TRIGGERED ON CENTERPOINT
----------------------------------------------------------------------------------------------------------------
1) AI/SIMM GAME CONSOLE ON CENTERPOINT
2) BACK BREAKER ON CENTERPOINT
3) CELLOPHANE WRAP ON CENTERPOINT FIGURINE (leg, protruding member such as penis)
4) CENTERPOINT RODS
5) CORKSCREW CAP ON CENTERPOINT
6) CROWD MACHINE ON CENTERPOINT
7) FREQUENCY NUDGER
8. GHOST IMAGE REMOTE NEURAL TRANSLATOR ON CENTERPOINT
9) INTERCONNECT DEVICES ON CENTERPOINT, i.e. 'NANO-CONNECTS'
10) LEG CLAMP ON CENTERPOINT
11) nano-powered REMOTE NEURAL MONITOR (RNM Viewer)
12) NECK CLAMP ON CENTERPOINT
13) ROUND ABOUT PASS THRU ON CENTERPOINT (RNM Viewer)
14) SEANCE MACHINE (used by Bush family at Bush Compound in Kennebunkport Maine)
15) SPECTRUM ANALYZER OUTPUT ON CENTERPOINT
16) SPLASHER ENHANCER ON CENTERPOINT
17) SUBLIMINAL ENHANCER ON CENTERPOINT
18) TEXT TO IMAGE REMOTE NEURAL TRANSLATOR ON CENTERPOINT
19) THINKING CAP ON CENTERPOINT
20) VOICE/LARNYX DESCRAMBLER
21) WAIST CLAMP ON CENTERPOINT FIGURINE

Instruction Sets for Remote Neural Monitor (RNM) Viewer:
-----------------------------------------------------------------------------
1) BRAIN MAGNETITE DATABASE
2) GENITALIA DATABASE
3) INTERFACE TO MASTER GRID SWITCH
4) NANO-TRIGGER UTILITY INITIATED UPON FREQ. OUTPUT/ COMMAND INSTRUCTION
5) NUCLEAR IGNITION SYSTEM
6) MASTER GRID CLAMP
7) SPECIAL OVERRIDE ACCESS TO RIG INTEL GATHERING SYSTEMS EXTERIOR TO CIA
8. TARGETED KILL SEQUENCE

Rogue HUMINT Operatives Can 'Push' Spectrum To:

------------------------------------------------------------------

1) Cause Heart Arrhytmeia
2) Cross-Hatch Reproductive Ducts
3) Cross-Polar Shock, Twist Brain Neurons Or Otherwise Damage Neuronic Activity
4) Roll Spinal Cord Within Spinal Column
5) Strip Genitalia of Natural Ability to Procreate


Rogue Private Military Contractors

--------------------------------------------

1) Scherff Corporation
2) Scientology Inc.
3) U.S. Training
4) PsiTech Viewing Corporation
5) GenBase
6) Halliburton Corporation (Ground Wave Energy Networks, GWEN)



Dated: July 31, 2013

Respectfully submitted,

Walter Uribe
Former Black Op and DOD/Aerospace Engineer
Hughes Aircraft Company and Rockwell Intl
Assigned Top Secret and Secret Clearances (1983-1993)

6301 W. Bellfort Street #183
Houston, Texas  77035
(832) 374-3612 (cell phone)

State of Texas            )
                          ) ss
County of Harris )

This instrument was acknowledged before me on ___July 31st 2013___ (date) by

__WALTER URIBE__ (name of signer(s))

_____ (Signature of Notary)

RONALD S RIVAS
My Commission Expires
January 27, 2016

4