CASE NUMBER 2013-28580

| | | |
|---|---|---|
| WALTER URIBE aka WALLY URIBE | § | IN THE 333rd JUDICIAL |
| | § | |
| Plaintiff, | § | |
| | § | DISTRICT COURT OF |
| vs. | § | |
| | § | |
| CENTRAL INTELLIGENCE AGENCY | § | HARRIS COUNTY, TEXAS |
| (CIA), et al. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

Please take notice that on September 30, 2013, Defendant National Security Agency, by and through the undersigned Assistant United States Attorney, filed in the United States District Court, Southern District of Texas, Houston Division, a Notice of Removal. A copy of the Notice of Removal, without exhibits, is attached to this pleading as Exhibit 1.

In accordance with 28 U.S.C. §1446(d), the filing of a copy of the Notice of Removal with the Office of the District Clerk for Harris County, Texas, properly effects the removal and the state court shall proceed no further unless the case is remanded.

DATED this 30th day of September, 2013.

Respectfully Submitted,
KENNETH MAGIDSON
UNITED STATES ATTORNEY

Amelia De Los Santos
Assistant United States Attorney
Texas Bar No. 24048309
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9731
Facsimile: (713) 718-3303

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was sent via first class mail on September 30, 2013 to the following:

Walter Uribe
6301 West Bellfort Street # 183
Houston, Texas 77035

_____
Amelia De Los Santos
Assistant United States Attorney

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALTER URIBE aka WALLY URIBE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| CENTRAL INTELLIGENCE AGENCY | § | |
| (CIA), et al. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## **NOTICE OF REMOVAL**

TO:    The United States District Court for the Southern District of Texas:

PLEASE TAKE NOTICE THAT, pursuant to Title 28 U.S.C. § 1446(a), Defendant National Security Agency respectfully files this Notice of Removal and in support thereof shows the following:

1.    On May 14, 2013, an action was commenced against the National Security Agency, among other defendants, in the 333rd Judicial District Court of Harris County, Texas, Case Number 2013-28580. The National Security Agency never received the Original Petition and/or Citation. Instead, on August 12, 2013, the National Security Agency received the Motion to Request Court Hearing attached hereto as Exhibit 1.

2.    The National Security Agency turned Exhibit 1 over to the undersigned, who upon searching the Harris County District Clerk's records, learned that the Administrative Judge of the Civil Trial Division had signed a Transfer Order, attached hereto as Exhibit 2, three months prior transferring the case into an earlier-filed and identical state case that was removed to federal court

(case number 4:13-cv-00774) and dismissed by Judge Hughes on March 26, 2013. As a result, the undersigned did not take any action at that time.

3. Recently the undersigned searched the Harris County District Clerk's records again, to make sure that there was no activity in the most recent state case and learned that, although there have been no docket events since the May 15, 2013 Transfer Order, there was a hearing held on August 23, 2013. *See* Docket Sheet attached as Exhibit 3 hereto and Settings attached as Exhibit 4 hereto. As a result, out of an abundance of caution, the undersigned is removing the most recent state case which, like the identical prior case, alleges that the National Security Agency, along with other defendants, has conducted satellite-driven "slow-kill no-touch" torture to Plaintiff's body and organs. Because the allegations are against "The United States or any agency thereof," removal is proper under 28 U.S.C. § 1442(a)(1).

4. Written notice of the filing of the Notice of Removal has been served on Plaintiff, the only party who has appeared in the removed lawsuit, and a copy of the Notice of Removal has been filed with the Office of the District Clerk for Harris County, Texas. A copy of the Notice to State Court of Filing of Notice of Removal, without exhibits, is attached hereto as Exhibit 5.

5. There are no counsel of record in the state court action. Plaintiff is representing himself and his contact information is as follows:

Walter Uribe
6301 West Bellfort Street # 183
Houston, Texas 77035
(832) 374-3612

- 2 -

**WHEREFORE**, the undersigned respectfully requests that this matter be removed from the 333rd Judicial District Court of Harris County, Texas to this Honorable Court.

DATED this 30th day of September, 2013.

Respectfully Submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

Amelia De Los Santos
Assistant United States Attorney
Southern District of Texas
Texas Bar No. 24048309 / SDTX No. 632482
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:  (713) 567-9731
Facsimile:   (713) 718-3303

- 3 -

## INDEX OF MATTERS BEING FILED

1.    Plaintiff Walter Uribe Motion To Request Court Hearing;

2.    Transfer Order;

3.    Docket Sheet;

4.    Settings;

5.    Notice to State Court of Filing Notice of Removal (Filed September 30, 2013).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was sent via first class mail on September 30, 2013 to the following:

Walter Uribe
6301 West Bellfort Street # 183
Houston, Texas 77035

_____
Amelia De Los Santos
Assistant United States Attorney