CASE NO. 4:13cv2873

CASE NO. C-201328580

| | |
|---|---|
| WALTER URIBE aka WALLY URIBE<br>    Plaintiff,<br><br>vs.<br><br>CENTRAL INTELLIGENCE AGENCY (CIA)<br>JOINT CHIEFS OF STAFF (JCOS)<br>NATIONAL SECURITY AGENCY (NSA)<br>SCHERFF CORPORATION<br>PSITECH VIEWING CORPORATION<br>    Defendants. | IN THE DISTRICT <br><br>11 JUDICIAL DISTRICT<br><br>OF HARRIS COUNTY, TEXAS |

United States District Court
Southern District of Texas
FILED
OCT 10 2013
David J. Bradley, Clerk of Court

## PLAINTIFF WALTER URIBE MOTION TO CEASE AND DESIST CAUSAL STALKING, ROGUE NON-CONSENTUAL TESTING, AND TARGETED ASSASINATION BY PROJECT ARTICHOKE AND MONARCH/NEW PHOENIX PROGRAM CONTROL ROOMS (UPDATED 9/27/2013)

I, Walter Uribe, respectfully request Harris County Civil Court Judge Joseph J Halbach Jr to issue an order to CIA managing Project Artichoke control rooms along with FBI and law enforcement across the country managing Monarch/New Phoenix program control rooms to de-allocate and de-clamp from centerpoint the brain magnetites of myself, my mother Nelly Uribe/aka Nelly Rodriguez de Uribe, and possibly other family members as well as cease and desist causal stalking, rogue non-consentual testing to extract encryption schemes, and targeted assassination to abscond with my family bloodline illegally funded by the root canal of the graft system extending from Executive Orders #13865 and #13873 approved with signature by President Barack Obama.

The latest INTEL gathered from CIA's National Clandestine Service ELINT Division has resulted in names of other operators of Monarch / New Phoenix program control rooms in Los Angeles CA.

1

Since 1988, I have been targeted by the following crew of agents, operators, and operatives populating Project Artichoke control rooms in Arlington VA and Monarch/New Phoenix program control rooms in Houston TX and Los Angeles CA based on INTEL that I have gathered via psychotronic communication to the audio cortex of my brain bypassing the ears from DCI of National Clandestine Service ELINT Division Bill Worthington at CIA in Arlington VA (703) 482-0623:

Project Artichoke program control rooms at CIA in Arlington VA:

1) Project Artichoke Operative and Al-Qaeda Terrorist Melinda Atta – 4517 Greenwood Place, Los Angeles CA 90027.

2) Ex-Project Operative Jeb Bush, owner/operator of Scherff Corporation – Kennebunkport Maine.
   • distributes voice/larynx descramblers for Project Artichoke and Monarch/New Phoenix program control rooms along with instruction sets for nano-powered Remote Neural Monitor (RNM) Viewers

3) Former U.S. President / Dir. Of Central Intelligence Agency / Project Artichoke Operative George Scherff Jr/aka George H. W. Bush Sr – Ocean Ave, Kennebunkport Maine.

4) Former CIA Agent/Project Artichoke Supervisor Craig Jensen
   • former property owner of 4517 Greenwood Place, Los Angeles CA 90027.
   • next door neighbor of former U.S. President George Scherff Jr/aka George H. W. Bush Sr on Ocean Ave, Kennebunkport Maine.

5) Ex-CIA Agent Stephen Jensen – 4517 Greenwood Place, Los Angeles CA 90027.
   • sales associate of 525 Post Production in Los Angeles CA.

6) Ex-DCI of CIA's NCS HUMINT Div. John D. Bennett – 3031 Dracena Dr, Los Angeles CA 90027.

7) Ex-Project Artichoke Supervisor Martin Hardin – Los Angeles CA 90027.

8) U.S. Training/Project Artichoke Operative Erik Prince – Los Angeles CA 90027.

9) Ex-DCI of CIA's NCS HUMINT Division Richard Spankett – Los Angeles CA 90026.

10) Former Dir. of Central Intelligence Agency Michael Morrell – Rodney Dr, Los Angeles CA 90027.

11) Former Dir. of Central Intelligence Agency Porter Goss – Los Angeles CA 90027.

12) Ex-Project Artichoke Operative Robyn Sax – Los Angeles CA 90027.

13) NSA Agent/Ex-Project Artichoke Operative Dane Spotts/aka Dane MacGregor, PsiTech Viewing Corp. – Los Angeles CA.

14) Ex-CIA Agent/Project Artichoke Operative Linda Spotts/aka Linda MacGregor, PsiTech Viewing Corp. – Los Angeles CA.

15) Ex-Project Artichoke Operative Cindy Lauer/aka Annette Roque Lauer – New York City NY.

16) Ex-CIA Agent David Cuddy – 2031 Dracena Drive #216, Los Angeles CA 90027.

17) Ex-CIA Agent David Euchstad – 2031 Dracena Drive #318, Los Angeles CA 90027.

18) Ex-CIA Agent Lt. Michael Euchstad/SOCOM Unit – 2031 Dracena Dr #318, Los Angeles CA 90027

19) Ex-CIA Agent Pepi Hartounian – 2031 Dracena Drive #318, Los Angeles CA 90027.

20) Ex-CIA Agent Melissa Hartounian – 4517 Greenwood Place, Los Angeles CA 90027.

21) Ex-CIA Agent Vincent Jensen – 4517 Greenwood Place, Los Angeles CA 90027.

22) Ex-Project Artichoke Operative David Lee Spankett – Los Angeles CA 90026.

23) Ex-Project Artichoke Operative Peter Kasmeric – Los Angeles CA 90027.

24) Ex-CIA Agent Deborah Fiona Lucci – Ambrose St, Los Angeles CA 90027.

25) Ex-Project Artichoke Operative Winston Beech – Los Angeles CA 90027.

26) Ex-Project Artichoke Operative James Richards – Los Angeles CA 90027.

27) Ex-Project Artichoke Operative Keanu Reeves – Los Angeles CA 90027.

28) Ex-Project Artichoke Operative John St. Cloud – 2031 Dracena Drive #101, Los Angeles CA 90027.

29) DCI of CIA's NCS ELINT Division Richard Gehlen – Los Angeles CA 90026.

30) Project Artichoke Operative Susanna Hospital – 2031 Dracena Drive #314, Los Angeles CA 90027.

31) Ex-CIA Agent Linda Gehlen – Los Angeles CA 90026.

32) Ex-CIA Agent/Operative Leann Anderson – Los Angeles CA 90026.

33) Project Artichoke Operator Bob Morrell – Rodney Drive, Los Angeles CA 90027.

3

34) Project Artichoke Operative Charles Bratton III – Los Angeles CA 90027.

35) Ex-Project Artichoke Catherine Hathaway – Los Angeles CA 90027.

36) Ex-Project Artichoke Operative Trevor Hoffs – 2031 Dracena Drive #110, Los Angeles CA 90027.

37) Ex-Project Artichoke Operative Kathryn Whittingham – Los Angeles CA 90027.

38) Ex-CIA Agent / Project Artichoke Operative Steve Michael – Los Angeles CA.
   - owner of 525 Post Production in Los Angeles CA.

Monarch/New Phoenix program control room at DOD/USMC Base Camp Lejeune North Carolina:

39) Lt. William "Bill" Smothers – USMC Base Camp Lejeune NC.

40) Lt. Lisa Schwartzkopf – USMC Base Camp Lejeune NC.

41) Then-Lt. General Martin Dempsey – USCENTCOM, Tampa FL.

Monarch/New Phoenix program control room at DOD/Pentagon in Arlington VA:

42) United States Armed Forces MILTEL Special Agent Michael Patrick Jensen – Arlington VA.

43) United States Armed Forces MILTEL Lt. Colonel Christopher Drake – Huntsville ALA.

Monarch/New Phoenix program control room at NSA in the Russian Viral Room within the Fort Detrick Annex Building, Fort George R Meade Maryland:

44) NSA Agent/Scientist David George Jensen – owner of property at 4517 Greenwood Place, Los Angeles CA 90027.

45) NSA Agent/Operative John Peabody – Fort George R Meade, Maryland.

46) NSA Agent Ronald Ferret – Baltimore, Maryland.

Monarch/New Phoenix program control room at CIA in Arlington VA:

47) Ex-CIA Agent Michael Charles Jensen – 4517 Greenwood Place, Los Angeles CA 90027 or New York City, NY (multiple residences).

48) Ex-CIA Agent Richard Allen Jaymeson – Arlington VA via South Africa

Monarch/New Phoenix program control room at FBI in Westwood CA:

49) FBI Agent Robert Gosling – Valencia CA or Houston TX (multiple residences).

50) FBI Agent Robert Atwood – Valencia CA.

51) FBI COINTELPRO Agent Bob O'Haurly – Los Angeles, CA. (525 Post Production)

52) FBI COINTELPRO Agent Alejandro Jodorovsky – Los Angeles CA. (525 Post Production)

Monarch/New Phoenix program control room at LAPD Headquarters in downtown Los Angeles CA:

53) Lt. Matthew Jensen Jr – 4517 Greenwood Place, Los Angeles CA 90027 or Port Arthur LA.

54) Lt. Matthew Michael Barr – Los Angeles CA.

55) NSA Spotter / Officer David L. Barr – 2031 Dracena Drive #214, Los Angeles CA 90027

- lived upstairs directly above my apartment in #114 wearing a nano-powered Remote Neural Monitor (RNM) Viewer to facilitate the extraction of encryption schemes off my body and my pre-born per usurped 1988 top secret program at Rockwell International, causal stalk me, destroy my home-based software business, and force relocation.

56) LAPD Officer/Project Artichoke Op. Dawn Anderson – 2031 Dracena Dr, Los Angeles CA 90027.

57) LAPD Police Chief / Project Artichoke Operative Charlie Beck – Los Angeles CA.

58) Former LAPD Police Chief / Project Artichoke Operative Charles Bratton – Los Angeles CA.

Monarch/New Phoenix program control room at LAPD-Hollenbeck Division in El Sereno CA:

    59) Officer Christopher Bostwick – 2024 Dracena Drive, Los Angeles CA 90027.

    60) Officer Wayne Bostwick – 2024 Dracena Drive, Los Angeles CA 90027.

Monarch/New Phoenix program control room at LAPD-Hollywood Division in Hollywood CA:

    61) Lt. Matthew Jensen Sr – 4517 Greenwood Place, Los Angeles CA 90027.

    62) Ex-CIA Operative Susan Ferret – New York City, NY.

Monarch/New Phoenix program control room at LAPD-Inglewood Division in Inglewood CA:

    63) Officer Barry Bostwick – 2024 Dracena Drive, Los Angeles CA 90027.

Monarch/New Phoenix program control room at LAPD-Rampart Division in Los Angeles CA:

    64) Lt. Eric Weisman – Los Angeles CA.

    65) Officer Susan Saragoza – Westwood CA.

Monarch/New Phoenix program control room at FBI COINTELPRO Office in downtown Houston TX:

    66) FBI Field Office Coord. Debra Jensen – Bellaire TX or 4517 Greenwood Place LA CA 90027.

Monarch/New Phoenix program control room at FBI's Northwest Field Office in Houston TX:

    67) FBI Agent Robert Gosling – Houston TX or Valencia CA (multiple residences).

    68) FBI Agent Robert Gosling Jr – Houston TX.

    69) FBI Agent Trisha Vovelle – Houston TX.

Monarch/New Phoenix program control room at HPD downtown Headquarters in Houston TX:

    70) HPD Police Chief/Project Artichoke Operative Charles MacClelland – Houston TX.

    71) HPD Lt. Michael Ginsburg – Houston TX.

    72) HPD Spokeswoman Pamela Ginsburg – Houston TX.

    73) HPD Officer Michael Denton – Houston TX.

    74) HPD Officer Richard Denton – Houston TX.

    75) HPD Officer Brent Hill – Houston TX.

    76) HPD Officer Rebecca Hill – Houston TX.

    77) HPD Officer Steven Palermo – Houston TX.

    78) HPD Officer Steven Huckleberry – Houston TX.


Monarch/New Phoenix program control room at Lincoln District precinct, Chicago PD in Chicago IL:

    79) Chicago Police Chief Steven Ginsburg – Chicago IL.


As depicted in the seal for National Security Agency, the 1988 top secret program at Rockwell International that I worked on which marked my family bloodline having the oldest, rarest, and most complete set of haplogroups as yielding the unbreakable encryption scheme affects the entire nuclear arsenal, drone program, state-of-the-art missile systems, directed energy weapon systems, satellite-powered psychotronic communications to nuclear submarines and among military intelligence agencies, and 'tradecraft' technology such as nano-powered Remote Neural Monitor (RNM) Viewers and voice/larynx descramblers for 'the fine line' of our military oversight, the Joint Chiefs of Staff, and is the all-time penultimate weapon systems component of all-time that helped win the Cold War in 1991.



Dated: September 27, 2013

Respectfully submitted,

Walter Uribe
Former Black Op and DOD/Aerospace Engineer
Hughes Aircraft Company and Rockwell Intl
Assigned Top Secret and Secret Clearances (1983-1993)

6301 W. Bellfort Street #183
Houston, Texas 77035
(832) 374-3612 (cell phone)

State of Texas          )
                        ) ss
County of               )

This instrument was acknowledged before me on __9/27/13__ (date) by

__WALTER URIBE__ (name of signer(s))

_____ (Signature of Notary)



SYED FAWZAN ALAM
My Commission Expires
January 19, 2016