IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALTER URIBE aka WALLY URIBE, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H:13-02873 |
| CENTRAL INTELLIGENCE AGENCY (CIA), JOINT CHIEFS OF STAFF (JCOS), NATIONAL SECURITY AGENCY (NSA), SCHERFF CORPORATION, and PSITECH VIEWING CORPORATION, | § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT AND PRECLUSION ORDER

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that all claims by Plaintiff Walter Uribe are DISMISSED WITH PREJUDICE. It is further

ORDERED and ADJUDGED that until such time as the Court may order otherwise, Plaintiff Walter Uribe, or anyone else acting on his behalf, is hereby ENJOINED from filing or attempting to file any action, motion, or pleading in this Court. The United States District Clerk's Office is hereby DIRECTED to return unfiled any further pleadings or motions from Walter Uribe in the above referenced action. It is further

ORDERED AND ADJUDGED that any new cause of action that Walter Uribe, or anyone else acting on his behalf, seeks to file in this

Court shall be accompanied by a Motion for Leave to File Complaint. The Clerk of this Court shall forward such pleadings to the Chief Judge for the United States District Court for the Southern District of Texas for consideration.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 24TH day of October, 2013.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE